## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 11-CV-00745 WYD-KLM

| | |
|---|---|
| UNITED STATES, FOR THE USE OF PARKER SHEET METAL, INC., a Colorado Corporation, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| CONTRACTOR'S BONDING AND INSURANCE COMPANY; JE HURLEY CONSTRUCTION, INC.; HURST & BURR MECHANICAL, INC.; JAMES MARTIN; and DAVID DRAPER | ) ) ) ) ) |
| Defendants. | ) |

## DESIGNATION OF NON PARTIES AT FAULT

The Use Plaintiff, Parker Sheet Metal, Inc. ("Parker"), by and through its undersigned counsel, pursuant to C.R.S. §13-21-111.5(3) hereby designates the following Non Parties At Fault.

Defendant JE Hurley, Inc. has asserted a counter claim for negligent misrepresentation. Parker has denied the allegations and denies liability for the claim. However, to the extent that such a claim proceeds, Parker hereby designates the following persons who negligent conduct may also contribute to the alleged fault.

1. <u>Dawn Stahl</u>. Ms. Stahl worked in accounting at Hurst & Burr and may share fault for the alleged negligent billing practices.

2. <u>Andrew Oscar</u>. Mr. Oscar was a project manager for Hurst & Burr. He has knowledge of the project may have participated in the alleged negligent billing practices.

   3. <u>Lanetta Elkins</u>.  Ms. Elkins was a project assistant with Hurst & Burr with knowledge of the project and may have fault regarding the alleged negligent billing practices.

   4. <u>Steve Zander</u>.  Mr. Zander was a project manager for JE Hurley.  Mr. Zander was aware of the status of the project and presumably aware of billing matters and may share fault regarding the alleged negligence.

   5. <u>Jim Hurley</u>.  Mr. Hurley is the owner of JE Hurley and presumably had knowledge of the status of the project and billings from Hurst & Burr and may share fault for the alleged negligence.

   6. <u>James Martin</u>.  Mr. Martin was an owner of Hurst & Burr with knowledge of the status of the project and may share fault for the alleged negligence.

   7. <u>David Draper</u>.  Mr. Draper was an owner of Hurst & Burr with knowledge of the status of the project and may share fault for the alleged negligence.

   8. <u>Hurst & Burr Mechanical Inc.</u>  Hurst & Burr was the subcontractor and managed the project and participated in the billings and would share fault for any alleged negligence.

Dated:  October 26, 2011.

    Respectfully submitted,

    PREEO SILVERMAN GREEN & EGLE, P.C.

    By: s/Gilbert R. Egle
        Gilbert R. Egle
        1401 Seventeenth Street, Suite 800
        Denver, CO 80202
        Telephone:  303-296-4440
        FAX:  303-296-3330
        E-mail:  Gil@Preeosilv.com

    ATTORNEYS FOR USE PLAINTIFF
    PARKER SHEET METAL, INC.

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 26th day of October 26, 2011, a true and correct copy of the foregoing Designation of Non Parties At Fault  was served through CM/ECF - Pacer upon the following:

Scott J. Mikulecky, Esq.
Sherman & Howard, LLC
90 South Cascade Avenue, Suite 1500
Colorado Springs, CO 80903

    *(Original Signature of Sarah Culver on File)*
    /s/ Sarah Culver
    Sarah Culver