**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE WILEY Y. DANIEL**

| | |
|---|---|
| Courtroom Deputy:   Robert R. Keech | Date:   November 28, 2011 |
| E.C.R./Reporter:   Therese Lindblom | |

Civil Action No: **11-cv-00745-WYD-KLM**          Counsel:

**UNITED STATES, FOR THE USE OF**                      Gilbert R. Egle
**PARKER SHEET METAL, INC.**,

       Plaintiff,

v.

**CONTRACTOR'S BONDING AND**                         No Appearance
**INSURANCE COMPANY; JE HURLEY
CONSTRUCTION, INC.; HURST & BURR
MECHANICAL, INC.; JAMES MARTIN;
and DAVID DRAPER**,

       Defendants.

**COURTROOM MINUTES**

**MOTIONS HEARING**

**3:37 p.m.**     Court in Session

             APPEARANCES OF COUNSEL.

             Court's opening remarks.

             Plaintiff's Motion for Entry of Default Judgment (ECF Doc. #36), filed August 11, 2011, is raised for argument.

3:38 p.m.     Argument by Plaintiff (Mr. Egle).

**ORDERED:**     Plaintiff's Motion for Entry of Default Judgment (ECF Doc. #36), filed August 11, 2011, is **GRANTED.**

**ORDERED:**     Counsel shall submit a proposed form of default judgment.

**3:50 p.m.**     Court in Recess - HEARING CONCLUDED.

**TOTAL TIME:   :13**