IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-00745-WYD-KLM

UNITED STATES, for the use of PARKER SHEET METAL, INC., a Colorado corporation,

    Plaintiff,

v.

CONTRACTOR'S BONDING AND INSURANCE COMPANY,
JE HURLEY CONSTRUCTION, INC.,
HURST & BURR MECHANICAL, INC.,
JAMES MARTIN, and
DAVID DRAPER,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the **Joint Motion to Modify Scheduling Order** [Docket No. 40; Filed February 1, 2012] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  The Scheduling Order entered July 28, 2011 [#34] is modified as follows:

- Rebuttal expert designations  **March 5, 2012**
- Discovery cut-off  **March 30, 2012**
- Dispositive motions deadline  **April 30, 2012**

    All other dates and deadlines remain the same.

    Dated:  February 1, 2012