IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-00745-WYD-KLM

UNITED STATES, for the use of PARKER SHEET METAL, INC., a Colorado corporation,

    Plaintiff,

v.

CONTRACTOR'S BONDING AND INSURANCE COMPANY,
JE HURLEY CONSTRUCTION, INC.,
HURST & BURR MECHANICAL, INC.,
JAMES MARTIN, and
DAVID DRAPER,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the **Joint Motion to Further Modify Scheduling Order** [Docket No. 43; Filed February 27, 2012] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  The Scheduling Order entered July 28, 2011 [#34] and amended February 1, 2012 [#42], is further modified as follows:

- Rebuttal expert designations    **March 19, 2012**
- Discovery cut-off    **April 13, 2012**
- Dispositive motions deadline    **May 14, 2012**

    IT IS FURTHER **ORDERED** that, in order to accommodate the above-stated deadlines, the Final Pretrial Conference set for July 2, 2012, is **VACATED** and **RESET** to **July 31, 2012**, at **10:30 a.m.** in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

    IT IS FURTHER **ORDERED** that the proposed pretrial order shall be submitted on or before **July 26, 2012**.  The proposed pretrial order to be submitted to the Magistrate Judge under the ECF Procedures may be submitted in WordPerfect or pdf format and shall be emailed to the Magistrate Judge at *Mix_Chambers@cod.uscourts.gov*.

Attorneys and/or pro se parties not participating in ECF shall submit their proposed pretrial order on paper to the Clerk's Office. However, if any party in this case is participating in ECF, it is the responsibility of that party to submit the proposed pretrial order pursuant to the District of Colorado ECF Procedures.

The parties shall prepare the proposed pretrial order in accordance with the form which may be downloaded in richtext format from the forms section of the court's website at http://www.cod.uscourts.gov/Home.aspx. Instructions for downloading in richtext format are posted in the forms section of the website.

Dated:  February 27, 2012