IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   11-cv-00745-WYD-KLM

UNITED STATES, for the use of PARKER SHEET METAL, INC., a Colorado corporation,

    Plaintiff,

v.

CONTRACTOR'S BONDING AND INSURANCE COMPANY;
JE HURLEY CONSTRUCTION, INC.;
HURST & BURR MECHANICAL, INC.;
JAMES MARTIN; and,
DAVID DRAPER,

    Defendants.

---

**ORDER DISMISSING CASE WITH PREJUDICE**

---

THIS MATTER is before the Court on the parties' Stipulated Motion For Dismissal With Prejudice [ECF No. 53], filed on June 6, 2013.  After carefully reviewing the above-captioned case, I find that the stipulation should be approved and this case should be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the FEDERAL RULES of CIVIL PROCEDURE.  Accordingly, it is

ORDERED that the parties' Stipulated Motion For Dismissal With Prejudice [ECF No. 53], is **APPROVED**.  In accordance therewith, all remaining claims against defendants, Contractor's Bonding and Insurance Company and JE Hurley Construction, Inc., are **DISMISSED WITH PREJUDICE** and this action is **DISMISSED WITH PREJUDICE**.  Each party bears its own attorney fees and costs.

DATED: June 28, 2013.

BY THE COURT:

/s/ Wiley Y. Daniel
Wiley Y. Daniel,
Senior U.S. District Judge